**SAFARI LAND LTD., INC., Plaintiff–Appellee,**

v.

**HELLWEG INTERNATIONAL, PTY. LTD. OF AUSTRALIA, Defendant–Appellant,**

and

**Hellweg America's Law Enforcement Sales, Inc., Defendant.**

No. 03–1353.

United States Court of Appeals, Federal Circuit.

March 8, 2004.

Before MAYER, Chief Judge, BRYSON and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

AFFIRMED. *See* Fed. Cir. R. 36.